USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MICHAEL LAGANA,

                Plaintiff,

      -against-

STEPHEN EINSTEIN & ASSOCIATES, P.C.,
et al.,
                Defendant.
-----------------------------------------------------------x

10 CV 4456 (KMW)
ORDER

WOOD, U.S.D.J.:

    Plaintiff brings a putative class action alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. ("FDCPA").

    The parties have submitted a consent motion to certify the proposed class, preliminarily approve a proposed class settlement, approve the form of notice to the proposed class, and schedule a fairness hearing for final approval of the settlement.

    The Court hereby schedules a conference to discuss issues relating to class certification and preliminary approval of the proposed settlement agreement. The conference shall be held on June 2, 2011 at 11:00 a.m., in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York.

    The parties should be prepared to discuss the following issues at the conference:

    1) Evidence and legal authorities supporting certification of the proposed class under Rule 23 of the Federal Rules of Civil Procedure;

    2) Evidence and documentation to substantiate the proposed attorney's fee award, including documents reflecting the number of hours worked and the hourly billing rates;

    3) Description of the relief that proposed class members receive in exchange for the release being granted to Defendants in the proposed settlement agreement, and whether further

non-monetary relief would be appropriate, including potential withdrawal of lawsuits filed by the Defendant law firm; and

    4) Whether the release of liability included in the proposed settlement is too broad.

The parties shall also submit a joint letter to the Court addressing these issues no later than May 31, 2011.

    SO ORDERED.

DATED:    New York, New York
             May 12, 2011

                                            KIMBA M. WOOD
                                        United States District Judge